Case No. 26-5057

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

RAMSI A. WOODCOCK

Plaintiff - Appellant

v.

UNIVERSITY OF KENTUCKY; ELI CAPILOUTO, in his official and individual capacities; ROBERT DIPAOLA, in his official and individual capacities; WILLIAM EUGENE THRO, in his official and individual capacities; JAMES C. DUFF, in his individual capacity; LINDA MCMAHON, in her official capacity as United States Secretary of Education; RUSSELL MATTHEW COLEMAN, Attorney General; GREGORY F. VAN TATENHOVE, in his official capacity

Defendants - Appellees

Upon consideration of the motion for leave to file an amicus brief filed by Critical Legal Collective, JVP Action doing business as JVP and Middle East Studies Association

It is **ORDERED** that the motion is **GRANTED.**

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 17, 2026