No. 26-5057

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 27, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| RAMSI A. WOODCOCK,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF KENTUCKY, et al.,<br><br>Defendants - Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | O R D E R |

Before: GILMAN, GRIFFIN, and READLER, Circuit Judges.

Upon review of the plaintiff's emergency motion for immediate issuance of the mandate, it is ORDERED that the defendants respond to the motion on or before Wednesday, September 2, 2026. The defendants are requested to include in their response whether they intend to seek, or are considering seeking, rehearing.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk