Case No. 26-5057

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

RAMSI A. WOODCOCK

Plaintiff - Appellant

v.

UNIVERSITY OF KENTUCKY; ELI CAPILOUTO, in his official and individual capacities; ROBERT DIPAOLA, in his official and individual capacities; WILLIAM EUGENE THRO, in his official and individual capacities; JAMES C. DUFF, in his individual capacity; LINDA MCMAHON, in her official capacity as United States Secretary of Education; RUSSELL MATTHEW COLEMAN, Attorney General; GREGORY F. VAN TATENHOVE, in his official capacity

Defendants - Appellees

Upon consideration of the appellant's motion immediate issuance of the mandate,

IT is **ORDERED** that the be motion and is hereby **DENIED.**

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 10, 2026